UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-

FNU LNU also known as SEALED
DEFENDANT 1 also known as RICARDO
HERNANDEZ also known as HERBETH
WILLFREDO GIRON DIAZ,

       Defendant.

-------------------------------------------------------x

No.  22-CR-16-LTS

ORDER

       The initial pretrial conference previously scheduled for February 10, 2022, at 2:00 p.m., is hereby adjourned to **February 22, 2022, at 12:30 p.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

    SO ORDERED.

Dated: New York, New York
      February 11, 2022

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge