UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

                                              No.  22-CR-16-LTS

FNU LNU also known as SEALED
DEFENDANT 1 also known as RICARDO
HERNANDEZ also known as HERBETH
WILLFREDO GIRON DIAZ,

                                         ORDER

        Defendant.

-------------------------------------------------------x

        The initial pretrial conference currently scheduled for February 22, 2022, at 12:30 p.m., is hereby rescheduled to begin on **February 22, 2022, at 1:00 p.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York
      February 18, 2022
                                     /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge