**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 17, 2022

**BY ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. FNU LNU a/k/a Ricardo Hernandez,
22 Cr. 16 (LTS)**

Dear Judge Swain:

Mr. Hernandez requests that undersigned counsel be relieved and that substitute counsel be appointment to represent him. The attorney-client relationship has broken down. In addition, there may potentially be a conflict of interest because CJA counsel was appointed on Mr. Hernandez's appeal from a prior trial conviction on charges related to the present case in order to present the claim that my colleagues at the Federal Defenders were ineffective in representing him before the District Court. See *United States v. FNU LNU*, No. 13-1900, Docket Entries 21, 25 (2d Cir. Sept. 3, 2013).

Accordingly, I respectfully request that the Court grant Mr. Hernandez's request, relieve the Federal Defenders of New York, and appoint substitute CJA counsel to represent him.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

CC:   AUSA Matthew King

The Court will address Defendant's request for a change of counsel during the pretrial conference currently scheduled for June 7, 2022, at 11:30 a.m. The Court will request that standby CJA counsel attend that conference. DE#17 resolved.

SO ORDERED.
Dated: May 17, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.