UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                              No. 22CR16-LTS

FNU LNU a/k/a RICHARDO HERNANDEZ,

                Defendant.

-------------------------------------------------------------X

**ORDER**

      As stated on the record today, Clay H. Kaminsky, Esq., from Federal Defenders is relieved as counsel for the defendant. The defendant in the above-captioned matter is now represented by CJA counsel, Mark Stein, Esq.

Dated:  New York, New York
            June 7, 2022

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge