# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

| Direct Dial Number | | E-mail Address |
|---|---|---|
| +1-212-455-2310 | MEMO ENDORSED | mstein@stblaw.com |

VIA ECF                                                                                       June 29, 2022

Re:   *United States v. FNU LNU a/k/a Ricardo Hernandez*, 22 Cr. 00016-LTS (S.D.N.Y.)

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Swain:

      I write to request that the Court adjourn the status conference presently scheduled for July 11, 2022, at 2:30 p.m. to the week of July 18, 2022.  As I was recently appointed to serve as Defendant's counsel pursuant to my service on the Criminal Justice Act panel, the requested adjournment will allow me to confer with my client, review the discovery, and discuss potential dispositions with the Government. The Government has no objection to this request.

      There has been one previous request for an adjournment in this matter submitted by Defendant's former counsel on April 11, 2022.  The Court granted this prior request.

      The parties are available any time on July 18; any time on July 19 except from 11:00 a.m. through 12:00 p.m.; and any time on July 20 before 2:00 p.m.

      If the Court grants this request, the parties request that time be excluded until the next conference under 18 U.S.C. § 3161(h)(7).

Application granted to the extent that the pretrial conference currently scheduled for July 11, 2022, is adjourned to July 19, 2022, at 10:00 a.m.   The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through to July 19, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons set forth above.  DE#22 resolved.
SO ORDERED.  Dated: June 28, 2022.
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

*/s/ Mark J. Stein*
Mark J. Stein