

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2022

**MEMO ENDORSED**

**BY ECF AND EMAIL**
Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. FNU LNU*, 22 Cr. 16 (LTS)

Dear Chief Judge Swain:

The Government writes respectfully on behalf of both parties to request an adjournment of the status conference scheduled for October 13, 2022 in the above-captioned case. This is the first request for an adjournment of this conference. The parties are actively engaged in discussions about a pretrial disposition of this case. The parties therefore request that the conference be adjourned for approximately 30 days, at which point the parties hope to be better positioned to update the Court on the direction of the case.

In the event the Court grants the parties' request for an adjournment, the Government also requests the exclusion of time in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7) from October 13, 2022, until the next conference date. The interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because an exclusion will allow the defense time to review discovery and the parties time to discuss a pretrial resolution of the case. The defendant consents to the requested exclusion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Madison Reddick Smyser
Madison Reddick Smyser
Assistant United States Attorney
(212) 637-2381

The foregoing request for adjournment is granted. The pretrial conference is hereby rescheduled for November 15, 2022, at 12 p.m. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through November 15, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#28 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ October 11, 2022

CC: Mark Stein (by ECF and email)