# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———————

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2310 | mstein@stblaw.com |

VIA ECF                                                                 November 4, 2022

Re:   *United States v. FNU LNU a/k/a Ricardo Hernandez*, 22 Cr. 00016-LTS (S.D.N.Y.)

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Dear Judge Swain:

    I write to request a 30-day adjournment of the status conference currently scheduled for November 15, 2022 at 12:00 p.m. The requested adjournment will provide necessary additional time to confer with my client, engage in factual investigation, and discuss potential dispositions with the Government. The Government has no objection to this request.

    There have been two previous requests for an adjournment in this matter. One was submitted by Defendant's former counsel on April 11, 2022. The Court granted this prior request. The other was submitted by the Government on both parties' behalf on October 9, 2022. The Court also granted this prior request.

    If the Court grants this request, the parties request that time be excluded until the next conference under 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

*/s/ Mark J. Stein*
Mark J. Stein

CC:
AUSA Matthew King
AUSA Madison Smyser

The foregoing request is granted. The pretrial conference is hereby rescheduled to December 20, 2022, at 12:00 p.m. noon. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through December 20, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#30 resolved. SO ORDERED. Dated: November 7, 2022. /s/ Laura Taylor Swain, Chief USDJ