# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———

TELEPHONE:
FACSIMILE: +1-212-455-2502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2310 | mstein@stblaw.com |

## MEMO ENDORSED

<u>VIA ECF</u>                                                       February 7, 2023

Re:   *United States v. FNU LNU*, 22 CR. 00016-LTS (S.D.N.Y.)

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Swain:

    I write to request a 45 day adjournment of the status conference currently scheduled for February 15, 2023, at 12:00 p.m.  The requested adjournment will provide necessary additional time to confer with my client, engage in factual investigation, and discuss potential dispositions with the Government.  The Government has no objection to this request.

    There have been four previous requests for an adjournment in this matter, and the Court granted each of these requests.  The first was submitted by Defendant's former counsel on April 11, 2022.  The second was submitted by the Government on both parties' behalf on October 9, 2022.  The third was submitted by defense counsel on November 4, 2022.  The most recent request was submitted by defense counsel on November December 13, 2022.

    If the Court grants this request, the parties request that time be excluded until the next conference pursuant to 18 U.S.C. § 3161(h)(7).

Respectfully Submitted,

<u>/s/ *Mark J. Stein*</u>
Mark J. Stein

The foregoing request for adjournment is granted.  The pretrial conference is hereby rescheduled to March 22, 2023, at 10:30 a.m.  The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through March 22, 2023, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  DE#34 resolved.  SO ORDERED.  February 8, 2023.  /s/ Laura Taylor Swain, Chief USDJ

CC:
AUSA Matthew King
AUSA Madison Smyser