UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 22-Cr-16 (SHS) |
| -against- | : | |
| FNU LNU, | : | <u>ORDER</u> |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

This matter having been reassigned to this Court on March 29, 2023,

IT IS HEREBY ORDERED that there will be a pretrial conference before this Court on Monday, April 10, 2023, at 2:30 p.m., in Courtroom 23A.

Dated: New York, New York
April 4, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.