UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,               :      22-Cr-16 (SHS)

       -against-                              :

FNU LNU, a/k/a Ricardo Hernandez, a/k/a  :     ORDER
Herbeth Willfredo Giron Diaz,
                                         :
               Defendant.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The purpose of the conference scheduled for Monday, April 10 at 2:30 p.m., is for the Court to establish a trial date prior to November 13, 2023.

      IT IS HEREBY ORDERED that:

      1.    The parties are directed to attempt to agree on potential dates for trial in June, July, or August; and

      2.    The conference set for Monday, April 10 at 2:30 p.m. is converted to a telephone conference. The parties shall dial 888-273-3658 and use access code 7004275. The defense attorney may waive his client's appearance.

Dated: New York, New York
       April 5, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.