UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 22-Cr-16 (SHS) |
| -against- | : | |
| FNU LNU, a/k/a Ricardo Hernandez, a/k/a Herbeth Willfredo Giron Diaz, | : | ORDER |
| | : | |
| Defendant. | | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A status conference having been held today, with defendant present with his attorneys, and counsel for the government present,

        IT IS HEREBY ORDERED that:

1. Expert notices are due on or before August 3, 2023;

2. Rebuttal expert notices are due on or before August 24, 2023;

3. Rule 404(b) Notice is due on September 6, 2023;

4. Any motions in limine, proposed jury charges and, if the parties wish, proposed voir dire are due on or before September 13, 2023;

5. Responses to any motions in limine are due on or before September 22, 2023;

6. The final pretrial conference will be held on October 3, 2023, at 2:00 p.m.;

7. The last day to disclose 3500 material is October 9, 2023;

8. The trial of this remains at October 16, 2023, at 9:30 a.m.; and

       9.       The time is excluded from calculation under the Speedy Trial Act from today until October 3, 2023. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       June 6, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.