UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        22-Cr-16 (SHS)

       -against-                                         :

FNU LNU, a/k/a Ricardo Hernandez, a/k/a      :        ORDER
Herbeth Willfredo Giron Diaz,
                                             :
       Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the defendant's submission dated July 27 and the government's response dated July 28, 2023,

    IT IS HEREBY ORDERED that:

    1.    Expert notices are due on or before August 15, 2023;

    2.    Rebuttal expert notices are due on or before September 5, 2023;

    3.    Rule 404(b) Notice is due on September 6, 2023;

    4.    Any motions in limine, proposed jury charges and, if the parties wish, proposed voir dire are due on or before September 20, 2023;

    5.    Responses to any motions in limine are due on or before September 29, 2023;

    6.    The last day to disclose 3500 material is October 9, 2023;

    7.    The final pretrial conference will be held on October 10, 2023, at 2:00 p.m.;

    8.    The trial of this action remains at October 16, 2023, at 9:30 a.m.; and

9. Time remains excluded from calculation under the Speedy Trial Act until October 3, 2023

Dated: New York, New York
July 31, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.