# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2542

**MEMO ENDORSED**

E-mail Address
martin.bell@stblaw.com

BY ECF

November 20, 2023

Re: *United States v. FNU LNU a/k/a Ricardo Hernandez,*
22 Cr. 16 (SHS)

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Stein:

We represent Ricardo Hernandez in the above-captioned matter as appointed counsel. We write to inform the Court that we intend to reference confidential medical information relating to our client in our forthcoming motion in limine. To this end, we respectfully request the Court's permission to file this motion under seal. ~~If the Court~~ and ~~prefers, we can also submit~~ a redacted copy for public filing. [handwritten: will]

Respectfully submitted,

/s/ Mark J. Stein

Martin S. Bell
Mark J. Stein

[handwritten endorsement: 11/20/23 So ordered, Sidney H. Stein USDJ]

cc: AUSA Justin Horton (*by* ECF)
AUSA Henry L. Ross (*by* ECF)